UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN WILLIS ALEXANDER,

    Defendant.
_____/

Hon. Philip J. Green

Case No. 1:21-mj-00113

## ORDER

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in a Criminal Complaint with receipt of ammunition which has been shipped or transported in interstate or foreign commerce while under indictment in violation of 18 U.S.C. § 922(N). The government sought defendant John Willis Alexander's detention on the basis of that he poses a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a significant risk of flight, 18 U.S.C. § 3142(f)(2)(A). The Court conducted an evidentiary hearing on March 15, 2021, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has not met its burden of establishing by preponderant evidence that defendant poses a significant risk of non-appearance but has proven by clear and convincing evidence that defendant poses a danger to the community. The Court finds, as explained on the record, that there is

no condition or combination of conditions that will ensure the appearance of defendant and the safety of the community.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on March 16, 2021.

                                                   /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge